HEATHER E. WILLIAMS, CA BAR #122664
Federal Defender
BENJAMIN GERSON, NY BAR #5505144
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorneys for Defendant
CHARLES HARNETTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00162-DAD |
| *Plaintiff,* | ORDER FOR TEMPORARY RELEASE |
| vs. | |
| CHARLES HARNETTE, | |
| *Defendant.* | |

   IT IS HEREBY ORDERED that defendant Charles Harnette (Charles Harnette: Fresno County Sheriff's Booking No. 2122612; Personal ID No. 7107123) shall be released to Leanna Young, on Friday September 24, 2021 at 9:00 a.m. Ms. Young will then transport Mr. Harnette directly to the Golden Valley Health Center, located at 3109 E Whitmore Avenue, Ceres CA 95307 for a scheduled medical appointment with Dr. Liang Yin.

   Mr. Harnette shall report to the Fresno County Jail no later than 9:00 a.m. on Saturday, September 25, 2021.

Dated: 9/23/2021

*/s/ Sheila K. Oberto*
HON. SHEILA K. OBERTO
United States District Court Magistrate Judge