HEATHER E. WILLIAMS, CA BAR #122664
Federal Defender
BENJAMIN GERSON, NY BAR #5505144
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorneys for Defendant
CHARLES HARNETTE

**FILED**

Oct 22, 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00162-DAD |
|---|---|
| *Plaintiff,* | |
| vs. | TEMPORARY MEDICAL RELEASE; ORDER |
| CHARLES HARNETTE, | |
| *Defendant.* | |

IT IS HEREBY ORDERED that defendant Charles Harnette (Charles Harnette: Fresno County Sheriff's Booking No. 2122612; Personal ID No. 7107123) shall be released to Robert Sojourner, on <u>Sunday, October 24, 2021 at 4:00 p.m.</u>  Mr. Sojourner will then transport Mr. Harnette to St. Joseph's Hospital Urology Department in Stockton, California for medical treatment on Monday, October 25, 2021.  Mr. Harnette will surrender to Fresno County Jail by <u>4:00 p.m. on Monday, October 25, 2021</u>.  Mr. Harnette may stay overnight with his sister Leanna Young while awaiting his medical appointment.

IT IS SO ORDERED.

Dated: **October 22, 2021**         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE