HEATHER E. WILLIAMS, CA BAR #122664
Federal Defender
BENJAMIN GERSON, NY BAR #5505144
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorneys for Defendant
CHARLES HARNETTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>CHARLES HARNETTE,<br><br>*Defendant.* | Case No.  1:21-cr-00162-DAD<br><br>STIPULATION FOR MEDICAL RELEASE; ORDER THEREON |

The parties, through their respective counsel, Michael Tierney, Assistant United States Attorney, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Charles Harnette, hereby stipulate and jointly move this Court to release Mr. Harnette for medical treatment, effective immediately, under the conditions specified by the probation officer.

Mr. Harnette suffers ongoing pain and bleeding as a result of bullet fragments embedded in his genitals and genital area.  On September 23, 2021, the Honorable Shiela K. Oberto released Mr. Harnette for a 24 hour medical furlough to begin treatment through his primary care physician. See ECF #19. Upon release Mr. Harnette attended his medical appointment and reported faithfully back to the Fresno County Jail without incident. On October 23, 2021, the Honorable Barbara A. McAuliffe again released Mr. Harnette on a temporary medical furlough to attend an initial consultation with a urologist.  Following that appointment, Mr. Harnette

faithfully reported back to the Fresno County Jail. ECF # 24.

Mr. Harnette is now scheduled for surgery at St. Joseph's hospital urology department on November 3, 2021.  The parties stipulate and agree that Mr. Harnette may remain released, subject to the conditions of home incarceration deemed appropriate by the probation officer, for the duration of his recovery.  Defense counsel, having spoken with the urology department, anticipates approximately eight weeks for recovery, however, the exact dates of follow up appointments and length of recovery will be determined by Mr. Harnette's doctor.  The parties further agree that Mr. Harnette shall appear for a status conference prior to the end of the anticipated eight week recovery period.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Dated:  November 2, 2021        */s/ Michael G. Tierney*
                                MICHAEL G. TIERNEY
                                Assistant U.S. Attorney


Dated:  November 2, 2021        HEATHER E. WILLIAMS
                                Federal Defender


                                */s/ Benjamin A. Gerson*
                                BENJAMIN A. GERSON
                                Assistant Federal Defender
                                Attorney for Defendant
                                CHARLES RAYMOND HARNETTE

**ORDER**

IT IS HEREBY ORDERED that defendant Charles Harnette (Charles Harnette: Fresno County Sheriff's Booking No. 2122612; Personal ID No. 7107123) shall be released immediately on November 2, 2021. During his period of release he shall reside at a residence deemed suitable by probation, and abide by the conditions of home incarceration proposed by the probation officer. Defendant shall appear for a status conference on December 15, 2021, at 2:00 before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated: **November 2, 2021**            /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE