PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:21-cr-00162-DAD |
| *Plaintiff,* | |
| vs. | STIPULATION TO VACATE STATUS CONFERENCE; AND ORDER |
| CHARLES HARNETTE, | |
| *Defendant.* | |

This matter is currently set for two status conferences dates within a ten-day period: December 6, 2021 (*see* DE 23) and December 15, 2021 (*see* DE 27).  On November 16, the Court ordered the parties to confer and determine whether the December 6 status conference was necessary.  DE 31.  The parties have conferred and concluded that the December 6 status conference is not necessary in light of the December 15 status conference.

They therefore request that the Court vacate the December 6, 2021 status conference.

///

///

///

///

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Dated:  December 2, 2021          */s/ Michael G. Tierney*
                                  MICHAEL G. TIERNEY
                                  Assistant U.S. Attorney


Dated:  December 2, 2021          */s/  Carolyn D. Phillips*
                                  CAROLYN D. PHILLIPS
                                  Attorney for Defendant
                                  CHARLES RAYMOND HARNETTE



**ORDER**

    IT IS HEREBY ORDERED that the status conference currently set for December 6, 2021 is hereby VACATED.


IT IS SO ORDERED.

    Dated:   **December 2, 2021**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE