IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  1:21-cr-00162-DAD |
| Plaintiff, | ORDER RECALL WARRANT |
| v. | |
| CHARLES RAYMOND HARNETTE | |
| Defendant. | |

IT IS HEREBY ORDERED that the no bail bench warrant [Doc. 35] issued on 12/13/2021 is recalled forthwith.

IT IS SO ORDERED.

Dated:   __December 17, 2021__          ___/s/ Barbara A. McAuliffe___
UNITED STATES MAGISTRATE JUDGE