Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for CHARLES HARNETTE

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, ) | Case No. 1:21-cr-00162 DAD |
| ) | |
| Plaintiff, ) | **DEFENDANT'S MOTION TO** |
| ) | **CONTINUE STATUS HEARING** |
| ) | **FROM JANUARY 24, 2022, TO** |
| vs. ) | **FEBRUARY 23, 2022, DUE TO** |
| ) | **DEFENDANT'S CONFLICTING** |
| CHARLES HARNETTE, ) | **DOCTOR'S APPOINTMENT;** |
| ) | **ORDER** |
| Defendant. ) | |

The urology department at UCSF has scheduled Charles Harnette for an in-person appointment with Dr. Benjamin N. Beyer, at UCSF Urology Faculty Practice, in San Francisco at 11:30 a.m., on January 24, 2022.  The length of this long-awaited

*Defendant's Motion To Continue Status Hearing from January 24, 2022 to February 23, 2022*
1

appointment is unknown as it is Mr. Harnette's first appointment with UCSF and a precursor to Mr. Harnette's gravely needed surgery.

Given the fact that Mr. Harnette will be unavailable for the status hearing scheduled for 2:00 p.m., January 24, 2022, it is requested that the status hearing be rescheduled for February 23, 2022, at 2:00 p.m. Defendant will continue to keep the government apprised of his medical condition and appointment schedule.

Dated: January 19, 2022

Respectfully submitted,

/s/ Carolyn D. Phillips
Carolyn D. Phillips
Attorney for Defendant
CHARLES HARNETTE

## ORDER

**IT IS ORDERED** that good cause appearing, the status hearing currently set for January 24, 2022 shall be continued to **February 23, 2022 at 2 p.m** .

IT IS SO ORDERED.

Dated: **January 24, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

*Defendant's Motion To Continue Status Hearing from January 24, 2022 to February 23, 2022*
2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23