Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for CHARLES HARNETTE

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES, | ) | Case No. 1:21-cr-00162 DAD |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S UNOPPOSED MOTION TO CONTINUE DISPOSITION HEARING TO JUNE 6, 2022 |
| vs. | ) | |
| | ) | |
| CHARLES HARNETTE, | ) | |
| Defendant. | ) | |

The disposition in this matter is currently set for hearing May 2, 2022 at 9 a.m. Defendant Harnette requests a continuance of the hearing to June 6, 2022.  Defendant Harnette in preparation for disposition of this matter requested information and documents from his underlying case from the Northern District, Oakland.  Portions of

1

those requested documents have not been received.  To allow completion of his preparation for disposition defendant Harnette requests a continuance of the May 2, 20022 hearing to June 6, 2022.  Both Assistant United States Attorney Tierney and probation officer Molly McSorely confirmed that they are available on June 6, 2022, and neither objected to defendant's request for this continuance.

Dated:     April 18, 2022            Respectfully submitted,

/s/ Carolyn D. Phillips
Carolyn D. Phillips
Attorney for Defendant
CHARLES HARNETTE

### ORDER

**IT IS ORDERED** that good cause appearing, the disposition hearing currently set for May 2, 2022 shall be continued to **June 6, 2022 at 9 a.m** .

IT IS SO ORDERED.

Dated:   **April 18, 2022**                                         
                                                                          UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

3