Carolyn D. Phillips    #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for defendant Charles Harnette

## IN THE UNITED STATES DISTRICT COURT IN AND FOR

## THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:21-CR-00162 DAD |
| | ) | |
| Plaintiff, | ) | ORDER AUTHORIZING |
| v. | ) | THE FILING OF DOCUMENTS |
| | ) | UNDER SEAL |
| CHARLES HARNETTE, | ) | |
| | ) | (Local Rule 141) |
| Defendant. | ) | |
| _____ ) | | |

The Court has received the Notice of Request to Seal Documents and Request to Seal Documents of Defendant CHARLES HARNETTE.  The documents captioned Defendant's Disposition Memorandum and Exhibits A through G, attached as Exhibit "A" to the Request to Seal Documents, are ordered sealed and shall be filed and maintained under seal pending further order of this Court or the order of any higher Court having jurisdiction over the matter.   GOOD CAUSE APPEARING,

IT IS SO ORDERED.

Dated:   **June 3, 2022**

_____
UNITED STATES DISTRICT JUDGE